IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-129-GCM

| | |
|---|---|
| JOSEPH SAVITSKIE,<br>        Plaintiff,<br>v.<br><br>ZENTA MORTGAGE SERVICE, LLC,<br>        Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Shanon J. Carson** to appear *Pro Hac Vice*, dated March 25, 2011 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. Carson has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 31, 2011

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge