IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-129-GCM

| | |
|---|---|
| JOSEPH SAVITSKIE, )<br>Plaintiff, )<br>v. )<br> )<br>ZENTA MORTGAGE SERVICE, LLC, )<br>Defendant. )<br> ) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Sarah R. Schalman-Bergen** to appear *Pro Hac Vice*, dated March 25, 2011 [doc. #5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. Schalman-Bergen has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 31, 2011

Graham C. Mullen
United States District Judge