# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3:11-CV-129

| | |
|---|---|
| JOSEPH SAVITSKIE, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZENTA MORTGAGE SERVICES, LLC,<br><br>    Defendant. | NOTICE OF APPEARANCE |

The undersigned counsel, David C. Wright, III, of the law firm of Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel in this action on behalf of Defendant Zenta Mortgage Services, LLC. All pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned, in addition to co-counsel Douglas M. Jarrell of Robinson, Bradshaw & Hinson, P.A.

This 13th day of April, 2011.

                                                            s/ David C. Wright, III
                                                          David C. Wright, III
                                                          N.C. Bar No. 11161
                                                          dwright@rbh.com
                                                          Douglas M. Jarrell
                                                          N.C. Bar No. 21138
                                                          djarrell@rbh.com

                                                          Attorneys for Defendant Zenta Mortgage Services, LLC

                                                          ROBINSON, BRADSHAW & HINSON, P.A.
                                                          101 North Tryon Street, Suite 1900
                                                          Charlotte, North Carolina 28246-1900
                                                          Telephone: (704) 377-2536
                                                          Facsimile: (704) 378-4000

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tamara W. Brooks
lawbrooks@bellsouth.net

Sarah R. Schalman-Bergen
Shanon J. Carson
Berger & Montague, P.C.
sschalman-bergen@bm.net
scarson@bm.net

This 13th day of April, 2011.

                                                 s/ David C. Wright, III
                                                 David C. Wright, III
                                                 N.C. Bar No. 11161
                                                 dwright@rbh.com
                                                 Douglas M. Jarrell
                                                 N.C. Bar No. 21138
                                                 djarrell@rbh.com

                                                 Attorneys for Defendant Zenta Mortgage Services, LLC

                                                 ROBINSON, BRADSHAW & HINSON, P.A.
                                                 101 North Tryon Street, Suite 1900
                                                 Charlotte, North Carolina 28246-1900
                                                 Telephone: (704) 377-2536
                                                 Facsimile: (704) 378-4000