IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| JOSEPH SAVITSKIE, individually and on behalf of all persons similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>ZENTA MORTGAGE SERVICES LLC,<br><br>          Defendant. | Civil Action No. 3:11-cv-129 |

### THIRD NOTICE OF FILING CONSENTS
### TO JOIN COLLECTIVE ACTION (2 TOTAL)

Plaintiff Joseph Savitskie, on behalf of himself and all others similarly situated, hereby files the following Consents to Join Collective Action pursuant to the Fair Labor Standards Act, in connection with the above captioned action, attached hereto:

**Consents to Join Collective Action**

4. Antoinette Gross
5. Lyle David Harrison

Dated: June 6, 2011

Respectfully submitted,

BERGER & MONTAGUE, P.C.

s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4613

          s/ Tamara Brooks
          Tamara Brooks
          BROOKS LAW OFFICE
          N.C. State Bar No. 24139
          6729 Fairview Road
          Suite E
          Charlotte, NC 28210
          Telephone: (704) 365-3873
          Facsimile: (704) 365-3876

          *Attorneys for Plaintiff*

## OPT-IN CONSENT FORM

*Savitskie v. Zenta Mortgage Services LLC.*, Civil Action No. 3:11-cv-129
Zenta Mortgage Services LLC. – Unpaid Overtime Litigation
United States District Court for the Western District of North Carolina

**Complete And Mail To:**
ZENTA WAGE & HOUR LITIGATION
ATTN: SARAH SCHALMAN-BERGEN
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
PHONE: (215) 875-3053
FAX: (215) 875-4604
SSCHALMAN-BERGEN@BM.NET

| Name: ANTOINETTE GROSS (Please Print) | Date of Birth: [redacted] 50 |
|---|---|
| Address: [redacted] CHARLOTTE, NC 28273 | Phone No. 1: 480-[redacted]  Phone No. 2: |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked as a Mortgage Underwriter or similarly titled position for Defendant Zenta Mortgage Services LLC. in (location) CHARLOTTE, NC from on or about (date) 8/14/10 to on or about (date) 1/28/11.

3. I have worked for Defendant in excess of 40 hours in a workweek without receiving overtime pay.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

5. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C., as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

6/3/11 (Date Signed)     _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

## OPT-IN CONSENT FORM

### *Savitskie v. Zenta Mortgage Services LLC.*, Civil Action No. 3:11-cv-129
Zenta Mortgage Services LLC. – Unpaid Overtime Litigation
United States District Court for the Western District of North Carolina

**Complete And Mail To:**
ZENTA WAGE & HOUR LITIGATION
ATTN: SARAH SCHALMAN-BERGEN
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
PHONE: (215) 875-3053
FAX: (215) 875-4604
SSCHALMAN-BERGEN@BM.NET

| Name: LYLE DAVID HARRISON (Please Print) | Date of Birth: ██/██/61 |
|---|---|
| Address: ██████ LN. CHARLOTTE, N.C. 28273 | Phone No. 1: 980-████ <br> Phone No. 2: |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked as a Mortgage Underwriter or similarly titled position for Defendant Zenta Mortgage Services LLC. in **(location)** CHARLOTTE from on or about **(date)** 11/16/10 to on or about **(date)** 12/23/10.

3. I have worked for Defendant in excess of 40 hours in a workweek without receiving overtime pay.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

5. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C., as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

6/2/11 (Date Signed)    Lyle David Harrison (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **THIRD NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION (2 TOTAL)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David C. Wright, III
Douglas M. Jarrell
ROBINSON, BRADSHAW & HINSON, P.A.
dwright@rbh.com
djarrell@rbh.com

Dated: June 6, 2011

BERGER & MONTAGUE, P.C.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4613

*Attorneys for Plaintiff*