IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-129-GCM

| | |
|---|---|
| JOSEPH SAVITSKIE, )<br>          Plaintiff, )<br>v. )<br>           )<br>ZENTA MORTGAGE SERVICES, LLC, )<br>          Defendant. ) | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **James Beyer** to appear *Pro Hac Vice*, dated December 1, 2011 [doc.# 25].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Beyer has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 7, 2011

Graham C. Mullen
United States District Judge