IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-129-GCM

| | | |
|---|---|---|
| JOSEPH SAVITSKIE, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | ADMISSION PRO HAC VICE |
| ZENTA MORTGAGE SERVICES, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Jeremy W. Stewart** to appear *Pro Hac Vice*, dated December 1, 2011 [doc.# 28].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Stewart has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 7, 2011

Graham C. Mullen
United States District Judge