IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-129

| | |
|---|---|
| JOSEPH SAVITSKIE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZENTA MORTGAGE SERVICES LLC,<br><br>Defendant. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE NAMED PLAINTIFF |

**THIS CAUSE** having come before the Court on an Unopposed Motion of Plaintiff for substitution of the late Named Plaintiff Joseph Savitskie by Estate Administrator R. Michael Allen, and for substitution of Opt-In Plaintiff Denise Diane Crawford as Named Plaintiff, and having read and considered the moving papers,

**IT IS THEREFORE ORDERED** that the motion is granted as follows:

R. Michael Allen shall be substituted in place of Joseph Savitskie to represent his interests and the interests of the Estate. Denise Diane Crawford shall be substituted as Named Plaintiff, and Mr. Allen shall proceed in representing Mr. Savitskie's claim as an Opt-In Plaintiff.

The caption of this case shall be modified to read: Denise Diane Crawford, individually and on behalf of all persons similarly situated v. Zenta Mortgage Services LLC, Civil Action No. 3:11-cv-129.

SO ORDERED

Dated:

*/s/ Graham C. Mullen*
27 Feb 2012

1