FILED
CHARLOTTE, NC
JUN 4 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-129

| | |
|---|---|
| DENISE DIANE CRAWFORD, individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZENTA MORTGAGE SERVICES LLC, <br><br> Defendant. | JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF STAY |

Plaintiff Denise Diana Crawford and Defendant Zenta Mortgage Services LLC ("Zenta") (collectively, the "Parties"), through their respective undersigned counsel, hereby provide the following status report and stipulate to a 15 day extension of the current stay in this case, for the following reasons:

1. On April 4, 2012, the Court entered an Order approving the Parties' joint request for a sixty day extension of the stay for the purposes of engaging in mediation. (Dkt. No. 45.) The Parties agreed to file a joint report by June 1, 2012, advising the Court as to the status of their settlement discussions and the outcome of their mediation. *Id.* at ¶ 8.

2. On May 17, 2012, the Parties participated in a full day mediation in Chicago, Illinois, before mediator Douglas A. Werman, Esq.

3. As a result of the mediation and arms' length negotiations, the Parties were able to reach an agreement in principle. Subsequently, the Parties executed a comprehensive Memorandum of Understanding ("MOU"), which states the material terms of the Parties' agreement.

4. The Parties are in the process of preparing a comprehensive Settlement Agreement, and anticipate submitting the Settlement Agreement to the Court for preliminary approval on or before June 15, 2012.

5. To accommodate the Parties' settlement, Zenta agrees that with respect to Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the statute of limitations shall remain tolled for all potential opt-in plaintiffs (using the class definition set forth in Plaintiff's Motion to Facilitate Notice Under 29 U.S.C. 216(b), filed on June 30, 2011 (Doc. Nos. 16 and 17), from the date the Parties' filed the Joint Stipulation (December 22, 2011) until the Court rules on the Parties' motion for approval of the settlement.

6. To accommodate the Parties' settlement, the Parties agree that the stay of this matter shall be extended until June 15, 2012.

WHEREFORE, the parties respectfully request that the Court enter this stipulation as an Order, and stay this case for purposes of facilitating the Parties' settlement until June 15, 2012.

June 1, 2012                                      Respectfully submitted,

s/ Shanon J. Carson
Shanon J. Carson (*pro hac vice*)
Sarah R. Schalman-Bergen (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net

s/ Rebecca Pratt Bromet
David J. Rolland (admitted *pro hac vice*)
James R. Beyer (admitted *pro hac vice*)
Rebecca Pratt Bromet (admitted *pro hac vice*)
Jeremy W. Stewart(admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5956
Fax: (312) 460-7956
drowland@seyfarth.com
jbeyer@seyfarth.com
rbromet@seyfarth.com
jwstewart@seyfarth.com

s/ Tamara Brooks
Tamara Brooks
BROOKS LAW OFFICE
N.C. State Bar No. 24139
6729 Fairview Road
Suite E
Charlotte, NC 28210
Telephone: (704) 365-3873
Facsimile: (704) 365-3876

*Attorneys for Plaintiff*

s/ Douglas M. Jarrell
David C. Wright, III
N.C. Bar No. 11161
Douglas M. Jarrell
N.C. Bar No. 21138
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Fax: (704) 373-3922
dwright@rbh.com
djarrell@rbh.com

*Attorneys for Defendant*
*Zenta Mortgage Services LLC*

SO ORDERED this 4th day of June, 2012.

/s/ Graham C. Mullen
UNITED STATES DISTRICT JUDGE

FILED
CHARLOTTE, NC
JUN 4 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC