IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-129

| | |
|---|---|
| DENISE DIANE CRAWFORD, individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZENTA MORTGAGE SERVICES LLC, <br><br> Defendant. | STIPULATION AND ORDER TO EXTEND STAY FOR PURPOSE OF FACILITATING SETTLEMENT |

Plaintiff Denise Diane Crawford and Defendant Zenta Mortgage Services LLC ("Zenta") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate to a 14 days extension of the current stay in this case, for the following reasons:

1. On June 14, 2012, the Parties' filed a Joint Status Report and Request for Extension of Stay. (Doc. No. 46).

2. On June 18, 2012, the Court granted the Parties Request for Extension of Stay until June 29, 2012. (Doc. No. 49).

3. Despite their best efforts to prepare all relevant settlement pleadings by the June 29, 2012 deadline, the Parties continue to prepare the comprehensive Settlement Agreement and other relevant settlement documents.

4. The Parties are very close to finalizing the drafting of the relevant settlement pleadings, which they shall submit to the Court for preliminary approval on or before July 9, 2012.

5. The Parties' agree that the stay of this matter shall be extended until July 9, 2012.

14607368v.1

6. Zenta agrees that with respect to Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., the statute of limitations shall remain tolled for all potential opt-in plaintiffs (using the class definition set forth in Plaintiff's Motion to Facilitate Notice Under 29 U.S.C. 216(b), filed on June 30, 2011 (Doc. Nos. 16 and 17), from the date the Parties' filed the Joint Stipulation and Proposed Order Regarding Mediation (December 22, 2011) (Doc. No. 33), until the Court rules on the Parties' motion for approval of the settlement.

7. The requested extension is not made in bad faith or for purposes of delay.

WHEREFORE, the parties respectfully request that the Court enter this stipulation as an Order, and stay this case for purposes of facilitating the Parties' settlement until July 9, 2012..

June 29, 2012                                             Respectfully submitted,

s/ Shanon J. Carson
Shanon J. Carson (*pro hac vice*)
Sarah R. Schalman-Bergen (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net


Tamara Brooks
BROOKS LAW OFFICE
N.C. State Bar No. 24139
6729 Fairview Road
Suite E
Charlotte, NC 28210
Telephone: (704) 365-3873
Facsimile: (704) 365-3876

*Attorneys for Plaintiff*

s/ Jeremy W. Stewart
David J. Rowland (admitted *pro hac vice*)
James R. Beyer (admitted *pro hac vice*)
Rebecca Pratt Bromet (admitted *pro hac vice*)
Jeremy W. Stewart(admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5956
Fax: (312) 460-7956
drowland@seyfarth.com
jbeyer@seyfarth.com
rbromet@seyfarth.com
jwstewart@seyfarth.com

David C. Wright, III
N.C. Bar No. 11161
Douglas M. Jarrell
N.C. Bar No. 21138
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Fax: (704) 373-3922
dwright@rbh.com

djarrell@rbh.com

*Attorneys for Defendant*
*Zenta Mortgage Services LLC*

SO ORDERED this 9th day of July, 2012.

*Graham C. Mullen*
UNITED STATES DISTRICT JUDGE

3

14607368v.1

Case 3:11-cv-00129-GCM   Document 51   Filed 07/09/12   Page 3 of 3