IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-129

DENISE DIANE CRAWFORD, individually and on behalf of all persons similarly situated,

Plaintiff,

v.

ZENTA MORTGAGE SERVICES LLC, ACCENTURE LLP, and ACCENTURE CREDIT SERVICES LLC,

Defendant.

## ORDER

AND NOW, this 24th day of August, 2012, having granted Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement (Dkt. No. 53), the Court ORDERS as follows:

The Final Approval Hearing is hereby set for **January 16, 2013 at 2:00 p.m. in Courtroom #3.**

SO ORDERED.

Signed: August 24, 2012

Graham C. Mullen
United States District Judge