# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Denise Diane Crawford**,** ) | | JUDGMENT IN CASE |
| Individually and on behalf of all ) | | |
| Persons similarly situated | | |
|     Plaintiff(s), ) | | 3:11-cv-00129-GCM |
| ) | | |
| vs. ) | | |
| ) | | |
| Zenta Mortgage Services, LLC**, et al** ) | | |
|     Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2013 Order.

                                                January 16, 2013

                                                Frank G. Johns, Clerk
                                                United States District Court